IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DARREN LEADELL BUCKNER                                                        PLAINTIFF

V.                              CASE NO. 2:12CV00077 JTK

CAROLYN C. COLVIN, *Commissioner*,
Social Security Administration                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 13th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE